No. 379. ROBINSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Jacob A. Dickinson, Sam A. Crow* and *Bill G. Honeyman* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 380. ROBINSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Jacob A. Dickinson, Sam A. Crow* and *Bill G. Honeyman* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 381. RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL UNIONS Nos. 128, 633 AND 954 *v.* LION DRY GOODS, INC., ET AL. C. A. 6th Cir. Certiorari denied. *Joseph E. Finley, Sol G. Lippman* and *Tim L. Bornstein* for petitioners. *Merritt W. Green* for respondents.

No. 388. CHISHOLM, ADMINISTRATRIX, ET AL. *v.* BILLINGS, EXECUTOR, ET AL. Sup. Ct. Ga. Certiorari denied. *Hamilton Douglas* for petitioners. *George E. C. Hayes* for respondents.

No. 390. MACHEL *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *James C. Purcell* for petitioner.

No. 394. HESMER FOODS, INC. *v.* CAMPBELL SOUP CO. C. A. 7th Cir. Certiorari denied. *John D. Clouse* for petitioner. *Thomas M. Scanlon* and *Richard E. Deer* for respondent.